**Order entered January 29, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01379-CV

### PERRY WEEKS, Appellant

### V.

### CASSANDRA COCKRUM, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03926-2011**

## ORDER

The Court has before it appellee's January 23, 2013 motion to dismiss and alternative motion for expedited briefing schedule. The Court **DENIES** the motion. The Court also has before it appellant's January 24, 2013 motion to extend deadline to file brief. The Court **GRANTS** the motion and **ORDERS** the brief tendered by appellant on January 24, 2013 to be timely filed as of today's date. On its own motion, the Court **ORDERS** Sheri Vecera, Official Court Reporter of the 199th Judicial District Court, to file the reporter's record within fifteen days of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE